IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW C. PRIDA,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.
_____/

Case No.  5D22-2069
LT Case Nos. 2021-306408-CFDB
            2021-306389-CFDB
            2021-301492-CFDB

Decision filed June 27, 2023

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender,
and Robert J. Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and PRATT, JJ., concur.